UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JEFFREY EDENFIELD
        Plaintiff(s)
  v.                            **Judgment in a Civil Case**
UNITED STATES OF AMERICA;
COUNSELOR HAUGEN; DR. PHILLIPS;
PA. SIELICKIE; AHSA KILPATRICK; DR.
BENNIT; AHSA GARRIDO; COUNSELOR
ALSTON; DR. MERCARDO; P.A.
LECUIRE; MS. WATKINS; DR. ONUOHA
        Defendant(s)               Case Number: 5:10-CT-3077-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, Chief United States District Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that defendants Haugen, Phillips, Sielickie, Kilpatrick Bennit, Garrido, Alston, Mercardo, Lecuire, Watkins and Onuoha having been dimissed earlier in the action, the remaining defendant's motion to dismiss granted and this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on July 7, 2011, with service on:
Jeffrey Edenfield, 4509 Pilcher Road, Marianna, FL 32448 (via U.S. Mail)
Seth Wood (via CM/ECF Notice of Electronic Filing)

July 7, 2011                                   /s/ Dennis P. Iavarone
                                                    Clerk

Raleigh, North Carolina